

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

Nos. 04-16-00274-CR & 04-16-00275-CR

Gabriel Barrera **ZAMARRIPA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR5915 & 2014CR5916
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  June 1, 2016

DISMISSED FOR WANT OF JURISDICTION

Gabriel Barrera Zamarripa filed a notice of appeal seeking to challenge his convictions in three district court causes.[1] However, there is no judgment of conviction in the underlying causes (i.e., trial court numbers 2014CR5915 & 2014CR5916), only judgments of dismissal.

With certain exceptions not implicated here, this court has jurisdiction to consider an appeal filed by a criminal defendant only after a final judgment of conviction. *See* TEX. CODE

---

[1] In appeal nos. 04-16-00272-CR, 04-16-00274-CR, and 04-16-00275-CR, Zamarripa challenges his convictions in trial court nos. 2014-CR-5319, 2014-CR-5915 and 2014-CR-5916, respectively.

CRIM. PROC. art. 44.02 (West 2006) (providing that criminal defendant may appeal conviction); *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990) (noting that defendant's general right to appeal under Article 44.02 "has always been limited to appeal from a 'final judgment'"); *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961) (holding that court's judgment discharging criminal defendant from liability was not appealable judgment). Absent a judgment of conviction, we lack jurisdiction to consider Zamarripa's appeals. *See Ballard v. State*, Nos. 01-08-00947-CR, 01-08-00948-CR, 2009 WL 3248197, at *1 (Tex. App.—Houston [1st Dist.] Oct. 8, 2009, no pet.) (mem. op., not designated for publication) (dismissing one appeal for want of jurisdiction because underlying cause was dismissed and had no judgment of conviction against appellant).

Because the underlying causes were dismissed, no final appealable orders exist for our review. Thus, we dismiss these appeals for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

PER CURIAM

Do not publish